IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KURT EICHENWALD | ) |
| Plaintiff | ) ) ) |
| v. | ) CASE NO. 1:17-cv-01124 |
| JOHN RIVELLO | ) ) ) |
| Defendant | ) |

## NOTICE OF APPEARANCE OF MARK SPENCER CROPPER

Please enter the appearance of Mark Spencer Cropper of Ayres, Jenkins, Gordy & Almand, P.A., as attorney for Defendant, John Rivello, in this matter.

AYRES, JENKINS, GORDY & ALMAND, P.A.

By: /s/ Mark Spencer Cropper
Mark Spencer Cropper (#10139)
6200 Coastal Highway, Suite 200
Ocean City, Maryland 21842
410-723-1400
mcropper@ajgalaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 15th day of May, 2017, a copy of the foregoing Notice of Appearance of Mark Spencer Cropper was served via the Court's electronic filing system on: Steven Lieberman, Esq. and Jennifer B. Maisel, Esq., Rothwell, Figg, Ernst & Manbeck, P.C., 607 14th Street, N.W., Suite 800, Washington, D.C., 20005.

/s/ Mark Spencer Cropper
Bruce F. Bright