IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KURT EICHENWALD, | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-cv-01124-JKB |
| v. | ) |
| JOHN RIVELLO, | ) |
| Defendant. | ) |

### STIPULATION AND PROPOSED ORDER

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that the time for Defendant John Rivello to answer, move or otherwise respond to Plaintiff Kurt Eichenwald's complaint will be extended up to and including July 3, 2017.

Respectfully submitted, this 15th day of May, 2017

/s/ Steven Lieberman
Steven Lieberman
Jennifer B. Maisel
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, N.W. – Suite 800
Washington, D.C. 20005
Tel: (202) 783-6040
Fax: (202) 783-6031
Email: slieberman@rfem.com
Email: jmaisel@rfem.com

*Attorneys for Plaintiff Kurt Eichenwald*

/s/ Bruce F. Bright
Bruce F. Bright
(signed with permission by Steven Lieberman)
Mark S. Cropper
AYRES, JENKINS, GORDY & ALMAND, P.A.
6200 Coastal Highway – Suite 200
Ocean City, M.D. 21842
Tel: (410) 723-1400
Fax: (410) 723-1861
Email: bbright@ajgalaw.com
Email: mcropper@ajgalaw.com

*Attorneys for Defendant John Rivello*

SO ORDERED this 16 day of May, 2017.

_____
United States District Court Judge