IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| KURT EICHENWALD | ) | | |
| | ) | | |
| Plaintiff | ) | | |
| | ) | | |
| v. | ) | CASE NO. 1:17-cv-01124-JKB | |
| | ) | | |
| JOHN RIVELLO | ) | | |
| | ) | | |
| Defendant | ) | | |

## STIPULATION AND PROPOSED ORDER

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that the time for Defendant John Rivello to answer, move or otherwise respond to Plaintiff Kurt Eichenwald's complaint will be extended up to and including July 7, 2017.

Respectfully submitted, this 30th day of June, 2017.

| | |
|---|---|
| **/s/ Steven Lieberman** | **/s/ Bruce F. Bright** |
| Steven Lieberman (#16273) | Bruce F. Bright (#27236) |
| (signed with permission by Bruce F. Bright) | Mark Spencer Cropper (#10139) |
| Jennifer B. Maisel | AYRES, JENKINS, GORDY & ALMAND, P.A. |
| ROTHWELL, FIGG, ERNST & MANBECK, P.C. | 6200 Coastal Hwy., Suite 200 |
| 607 14th Street, N.W., Suite 800 | Ocean City, MD 21842 |
| Washington, DC 20005 | Tel: (410) 723-1400 |
| Tel: (202) 783-6040 | Fax: (410) 723-1861 |
| Fax: (202) 783-6031 | E-mail: bbright@ajgalaw.com |
| E-mail: slieberman@rfem.com | E-mail: mcropper@ajgalaw.com |
| E-mail: jmaisel@rfem.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

SO ORDERED this ____ day of _____, 2017.

_____
United States District Court Judge