IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| KURT EICHENWALD | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-cv-01124 |
| | ) | |
| JOHN RIVELLO | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT JOHN RIVELLO'S MOTION TO STAY PROCEEDING PENDING RESOLUTION OF RELATED CRIMINAL CASES**

NOW COMES Defendant, JOHN RIVELLO ("Defendant" or "Rivello"), by and through his attorneys Bruce F. Bright and Ayres, Jenkins, Gordy & Almand, P.A., <u>and for the reasons set forth in the supporting Memorandum filed herewith</u>, hereby moves this Honorable Court to stay this matter in its entirety, including without limitation staying Defendant's time for filing a pleading or motion responsive to the Complaint, pending the resolution of related criminal cases filed against Defendant.

WHEREFORE, Defendant John Rivello respectfully asks this Honorable Court to stay this civil action, in its entirety, including without limitation staying Defendant's time for filing a pleading or motion responsive to the Complaint, pending resolution of the criminal cases filed against Defendant in Texas; such that Defendant shall not be required to file a responsive pleading or motion, and the case will otherwise be stayed, until thirty (30) days after resolution at the trial court level of the criminal cases pending against Defendant in Texas.

Respectfully submitted,

By:     **/s/ Bruce F. Bright**
Bruce F. Bright (Bar No. 27236)
Jon P. Bulkeley (Bar No. 19512)
Ayres, Jenkins, Gordy & Almand, P.A.
6200 Coastal Highway, Suite 200
Ocean City, Maryland 21842
Tel: 410-723-1400
Fax: 410-723-1861
E-mail: bbright@ajgalaw.com
E-mail: jbulkeley@ajgalaw.com
*Attorneys for Defendant John Rivello*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 7th day of July, 2017, a copy of the foregoing Defendant John Rivello's Motion to Stay Proceeding Pending Resolution of Related Criminal Cases was filed electronically through the Court's Electronic Case Management and Filing System. All parties to this case are able to access the filing through this system.

    **/s/ Bruce F. Bright**
Bruce F. Bright