IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KURT EICHENWALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-cv-01124-JKB |
| v. | ) |
| | ) |
| JOHN RIVELLO | ) |
| | ) |
| Defendant. | ) |
| | ) |

**[PROPOSED] ORDER TO STAY PROCEEDING**
**PENDING RESOLUTION OF RELATED CRIMINAL CASES**

Before this Court is John Rivello's ("Defendant") Motion to Stay Proceeding Pending Resolution of Related Criminal Cases (Dkt. 13) and Mr. Eichenwald's response thereto. Mr. Eichenwald does not object to issuance of a stay but requests that the Court impose certain conditions so as to alleviate or prevent prejudice to Mr. Eichenwald. Upon consideration of the papers filed in this matter, this Court GRANTS the motion to stay, subject to the following conditions:

1.      This civil action is stayed pending resolution at the tried court level of: (a) the currently pending federal prosecution against Defendant in the United States District Court for the Northern District of Texas (Dallas Division), Case No. 3-17-mj-192-BK, charging Defendant with certain federal crimes; and (b) the state prosecution in Dallas County, Texas, Indictment No. F1700215, for "aggravated assault with a deadly weapon," under Texas Penal Code Section 22.02(a)(2) (collectively, the "Criminal Proceedings"), and the stay to this civil action shall be lifted as of thirty (30) days after resolution at the trial court level of the Criminal Proceedings.

2. The parties shall submit a joint status report to this Court every ninety (90) days apprising the Court of the status of the Criminal Proceedings, and either request a continuance of the stay or the lifting or modification of the stay.

3. Within thirty (30) days of the date of this Order, Defendant shall produce to Plaintiff all documents and electronically stored information (ESI) in Defendant's possession, custody, or control (i) relating to or concerning Plaintiff, including communications with any third party about Plaintiff, or (ii) produced by or otherwise provided or made available to Defendant by the government or a third party in the Criminal Proceedings. Defendant shall produce to Plaintiff any such documents created (or produced or otherwise made available to Defendant) after the date of this Order within thirty (30) days those documents being created, produced or otherwise made available to Defendant in the Criminal Proceedings. This Order does not require the production of documents protected by the attorney client privilege or the attorney work product protection.

4. Once the stay of this civil action is lifted, that this Court will enter a scheduling order to expediting discovery and the case schedule such that Plaintiff will not have been unduly delayed or otherwise affected by this stay, to the greatest extent practicable.

SO ORDERED this _____ day of _____, 2017

_____
United States District Court Judge