IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KURT EICHENWALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-cv-01124-JKB |
| v. | ) |
| | ) |
| JOHN RIVELLO | ) |
| | ) |
| Defendant. | ) |
| | ) |

**REQUEST OF PLAINTIFF KURT EICHENWALD FOR HEARING ON DEFENDANT'S MOTION TO STAY PROCEEDING PENDING RESOLUTION OF RELATED CRIMINAL CASES**

Pursuant to U.S. Dist. Ct. Rules Md., L.R. 105.6, Plaintiff Kurt Eichenwald respectfully requests a hearing on Defendant's Motion to Stay Proceeding Pending Resolution of Related Criminal Cases (Dkt. 13).

Dated: August 24, 2017

Respectfully submitted,

_____
Steven Lieberman
Jennifer B. Maisel (admitted *pro hac vice*)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, N.W. – Suite 800
Washington, D.C. 20005
Tel: (202) 783-6040
Fax: (202) 783-6031
Email: slieberman@rfem.com
Email: jmaisel@rfem.com

*Attorneys for Plaintiff Kurt Eichenwald*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24th day of August, 2017, a copy of the foregoing REQUEST OF PLAINTIFF KURT EICHENWALD FOR HEARING ON DEFENDANT'S MOTION TO STAY PROCEEDING PENDING RESOLUTION OF RELATED CRIMINAL CASES was filed electronically through the Court's Electronic Case Management and Filing System. All parties to this case are able to access the filing through this system.

_/s/ Nasri V.B. Hage_
Nasri V.B. Hage