IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KURT EICHENWALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-cv-01124-JKB |
| v. | ) |
| | ) |
| JOHN RIVELLO | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF SUBMISSION OF PROPOSED ORDER**

Pursuant to the Court's instructions during the telephonic status conference held in this matter on February 26, 2018, plaintiff Kurt Eichenwald, through his counsel, hereby submits the attached proposed Order to Partially Lift the Stay of Proceeding Pending Resolution of a Related Criminal Case for entry by the Court. The only disagreement between the parties is that Plaintiff requests that the sentence in brackets be included in the order, and Defendant opposes that the sentence in brackets be included in the order.

Respectfully submitted,

Dated: March 1, 2018

*/s/ Steven Lieberman*
Steven Lieberman
Jennifer B. Maisel (admitted *pro hac vice*)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, N.W. – Suite 800
Washington, DC  20005
Tel:  (202) 783-6040
Fax:  (202) 783-6031
Email: slieberman@rfem.com
Email: jmaisel@rfem.com

*Attorneys for Plaintiff Kurt Eichenwald*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this 1st day of March, 2018, a true and correct copy of the foregoing NOTICE OF SUBMISSION OF PROPOSED ORDER was filed electronically through the Court's Electronic Case Management and Filing System.  All parties to this case are able to access the filing through this system.

*/s/ Steven Lieberman*
Steven Lieberman