IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| KURT EICHENWALD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 17-cv-01124-JKB |
| v. | ) | |
| | ) | |
| JOHN RIVELLO | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER TO PARTIALLY LIFT THE STAY OF PROCEEDING
PENDING RESOLUTION OF A RELATED CRIMINAL CASE**

This Court stayed this proceeding on August 28, 2017, pending resolution of related

criminal cases (both state and federal).  Although the state prosecution in Dallas County, Texas,

Indictment No. F1700215, against Defendant for "aggravated assault with a deadly weapon"

under Texas Penal Code Section 22.02(a)(2), is still pending, the Court has determined after

telephonic conference with counsel that, for good and important reasons advanced by Plaintiff,

the stay should be lifted subject to limitations as more particularly set forth below.  [During the

telephonic status conference held on February 26, 2018, Plaintiff raised concerns about, *inter*

*alia*, the preservation of electronic evidence, particularly from third-parties, and additional

instances in which individuals have continued to send strobing images to Plaintiff.]  Therefore,

this Court ORDERS as follows:

1.      Defendant will answer or otherwise respond to the Complaint by March 21, 2018.

2.      If (pursuant to paragraph (1) of this Order) Defendant files an answer to the

Complaint, Plaintiff is permitted to immediately begin conducting third-party discovery only.

1

3.      If (pursuant to paragraph (1) of this Order) Defendant files a motion to dismiss the Complaint, Defendant will provide, in his motion papers, his position as to whether Plaintiff should be permitted to conduct third-party discovery while the motion to dismiss is pending.

4.      If (pursuant to paragraph (1) of this Order) Defendant files a motion to dismiss the Complaint and takes the position that Plaintiff should not be permitted to take third party discovery pending resolution of the motion to dismiss, then no third-party discovery will be permitted until either:  (a) the motion to dismiss is resolved, or (b) the Court orders that third party discovery may proceed during the pendency of the motion.

5.      A telephonic status conference is set for May 30, 2018, at 9:45 a.m., to be initiated by Plaintiff.

6.      Other than as ordered herein, the stay of the case shall remain in effect.


SO ORDERED this _____ day of _____, 2018


_____
United States District Court Judge

2