**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| **KURT EICHENWALD** | * | |
| **Plaintiff** | * | |
| **v.** | * | **CIVIL NO.  JKB-17-1124** |
| **JOHN RIVELLO** | * | |
| **Defendant** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER TO PARTIALLY LIFT THE STAY OF PROCEEDING**
**PENDING RESOLUTION OF A RELATED CRIMINAL CASE**

This Court stayed this proceeding on August 28, 2017, pending resolution of related criminal cases (both state and federal).  Although the state prosecution in Dallas County, Texas, Indictment No. F1700215, against Defendant for "aggravated assault with a deadly weapon" under Texas Penal Code Section 22.02(a)(2), is still pending, the Court has determined after telephonic conference with counsel that, for good and important reasons advanced by Plaintiff, the stay should be lifted subject to limitations as more particularly set forth below.  Therefore, this Court ORDERS as follows:

1.    Defendant will answer or otherwise respond to the Complaint by March 21, 2018.

2.    If (pursuant to paragraph (1) of this Order) Defendant files an answer to the Complaint, Plaintiff is permitted to immediately begin conducting third-party discovery only.

3.    If (pursuant to paragraph (1) of this Order) Defendant files a motion to dismiss the Complaint, the third-party discovery referenced above shall not occur until after the motion to

dismiss has been resolved (assuming the case survives), <u>unless</u> the Court concludes that such motion is frivolous or otherwise not filed in good faith.  In such circumstances, on the request of the Plaintiff, the Court will direct that Plaintiff may begin third party discovery despite the pendency of the motion to dismiss.

4.      Any request of the Defendant to conduct third party discovery while this matter is otherwise stayed is DENIED.  The stay itself is an accommodation of the Defendant, and the limited relief from the stay to permit the Plaintiff to conduct third party discovery is an attempt to soften the otherwise harsh consequences of the stay as experienced by the Plaintiff

5.      A telephone status conference is set for May 30, 2018, at 9:45 a.m., to be initiated by Plaintiff.

6.      Other than as ordered herein, the stay of the case shall remain in effect.

DATED the 6th day of March, 2018.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge