IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| KURT EICHENWALD | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | CASE NO. JKB-17-01124 |
| JOHN RIVELLO | ) ) ) | |
| Defendant | ) | |

# DEFENDANT JOHN RIVELLO'S MOTION TO DISMISS AS TO COUNTS I AND IV OF CORRECTED COMPLAINT[1]

NOW COMES Defendant, JOHN RIVELLO ("Defendant" or "Rivello"), by and through his attorneys Bruce F. Bright and Ayres, Jenkins, Gordy & Almand, P.A., and, for the reasons stated in the supporting Memorandum filed herewith, hereby moves this Honorable Court, pursuant to Rule 12(b)(6), for dismissal of Counts I and IV of the Corrected Complaint of Plaintiff KURT EICHENWALD ("Plaintiff" or "Eichenwald").

WHEREFORE, Defendant John Rivello respectfully asks this Honorable Court to dismiss Counts I and IV of the Corrected Complaint, with prejudice.

Respectfully submitted,

By:    **/s/ Bruce F. Bright**
Bruce F. Bright (Bar No. 27236)
Ayres, Jenkins, Gordy & Almand, P.A.
6200 Coastal Highway, Suite 200
Ocean City, Maryland 21842
Tel: 410-723-1400

---

[1] By filing this Motion to Dismiss as to Counts I and IV of the Corrected Complaint, Defendant, through his counsel in this case, advances legal arguments as to Counts I and IV, but by doing so, does not waive his rights against self-incrimination guaranteed him under the 5th Amendment of the United States Constitution, and expressly reserves those rights.

Fax: 410-723-1861
E-mail: bbright@ajgalaw.com
*Attorneys for Defendant John Rivello*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 21st day of March, 2018, a copy of the foregoing Defendant John Rivello's Motion to Dismiss as to Counts I and IV of Corrected Complaint was filed electronically through the Court's Electronic Case Management and Filing System. All parties to this case are able to access the filing through this system.

       **/s/ Bruce F. Bright**
Bruce F. Bright