IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| KURT EICHENWALD | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-cv-01124-JKB |
| | ) | |
| JOHN RIVELLO | ) | |
| | ) | |
| Defendant | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

NOW COMES Defendant, JOHN RIVELLO ("Defendant"), by and through his attorneys, Bruce F. Bright, Mark Spencer Cropper, and Ayres, Jenkins, Gordy & Almand, P.A., and hereby moves for an extension of time for Defendant to reply to Plaintiff's Memorandum in Opposition to Defendant John Rivello's Motion to Dismiss as to Counts I and IV of Corrected Complaint up to and including May 5, 2018, and states as follows:

1. Plaintiff filed his Memorandum in Opposition to Defendant John Rivello's Motion to Dismiss as to Counts I and IV of Corrected Complaint on April 4, 2018.

2. Defendant's deadline to file his reply to this Opposition is April 18, 2018.

3. Due to a long-standing family vacation next week and also due to demands on Defendant's counsel's time this week, Defendant is requesting an extension of time up to and including May 5, 2018 to file his reply.

4. The undersigned has conferred with Plaintiff's counsel and Plaintiff does not oppose the requested extension of time for Defendant to file his reply up to and including May 5, 2018.

5. None of the parties will suffer any prejudice as a result of the requested extension.

1

WHEREFORE, Defendant respectfully requests that this Honorable Court extend the deadline for Defendant to file his reply to Plaintiff's Memorandum in Opposition to Defendant John Rivello's Motion to Dismiss as to Counts I and IV of Corrected Complaint up to and including May 5, 2018.

Respectfully submitted,

By: _____/s/ Bruce F. Bright_____
Bruce F. Bright (Bar No. 27236)
Mark Spencer Cropper (Bar No. 10139)
Ayres, Jenkins, Gordy & Almand, P.A.
6200 Coastal Highway, Suite 200
Ocean City, Maryland 21842
Tel: 410-723-1400
Fax: 410-723-1861
E-mail: bbright@ajgalaw.com
E-mail: mcropper@ajgalaw.com
*Attorneys for Defendant John Rivello*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 18th day of April, 2018, a copy of the foregoing Unopposed Motion for Extension of Time was filed electronically through the Court's Electronic Case Management and Filing System. All parties to this case are able to access the filing through this system.

_____/s/ Bruce F. Bright_____
Bruce F. Bright