**Kim Willison**

---

**From:** Steven Lieberman <slieberm@rothwellfigg.com>
**Sent:** Wednesday, May 30, 2018 2:39 PM
**To:** Bruce F. Bright; Nasri Hage; Jennifer B. Maisel
**Cc:** Kim Willison; Mark Cropper; Spencer J. Johnson
**Subject:** RE: Eichenwald v Rivello -- URGENT

Bruce,

Thank you for your email. We do not agree to withdraw the issued subpoenas and intend to oppose your motion.

Steven Lieberman
Rothwell, Figg, Ernst & Manbeck. P.C.
607 14th Street, N.W.; Suite 800
Washington, DC 20005
Phone: 202-783-6040; Fax: 202-783-6031
e-mail: slieberman@rothwellfigg.com
web: http://www.rothwellfigg.com
The content of this e-mail may be privileged and confidential and is intended only for the identified individual or entity. If you are not the intended recipient or are not responsible for passing this e-mail to the intended recipient, then you are hereby notified that any use, copying, dissemination or distribution of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately by telephone at(202) 783-6040, by fax at (202)783-6031, or by e-mail at slieberman@rothwellfigg.com. You should not read this e-mail, and it should be deleted.

---

**From:** Bruce F. Bright [mailto:bbright@ajgalaw.com]
**Sent:** Wednesday, May 30, 2018 1:48 PM
**To:** Nasri Hage; Jennifer B. Maisel; Steven Lieberman
**Cc:** Kim Willison; Mark Cropper
**Subject:** Eichenwald v Rivello -- URGENT
**Importance:** High

All:
Attached is a draft of a Motion I plan to file in regard to the subpoenas you have issued. The Rules require that I make a good faith attempt to confer with you on the matter before filing the Motion, so I am doing so now. Please respond today as to whether you will agree to withdraw the subpoenas as issued, and confer further with me as to the scope of newly-issued ones. In the interest of time (you issued the subpoenas on May 16, and directed production of records to occur quickly – on June 4), I will need to file the Motion before the end of the day today (also, so that it is filed before our status conference tomorrow).
-Bruce

Bruce F. Bright
Partner
AJGA
410-723-1400 (office)
410-693-7349 (mobile)
www.ajgalaw.com



EXHIBIT
G

1

Bruce F. Bright
Partner
Ayres, Jenkins, Gordy & Almand, P.A.



Tel:   410-723-1400
Fax:   410-723-1861
Email: bbright@ajgalaw.com
Web:   www.ajgalaw.com

6200 Coastal Highway, Suite 200
Ocean City, MD 21842

LEGAL NOTICE

Unless expressly stated otherwise, this e-mail is intended to be confidential and may be privileged. It is intended for the addressees only. Access to this e-mail by anyone except addressees is unauthorized. If you are not an addressee, any disclosure or copying of the contents of this email or any action taken (or not taken) in reliance on it is unauthorized and may be unlawful. If you are not an addressee, please inform the sender immediately. E-mail communications may be intercepted or inadvertently misdirected. While the American Bar Association deems e-mail a valid and authorized form of communication between attorneys and clients, absolute secrecy, confidentiality, and security (of this e-mail message and any attachments thereto) cannot be assured. The relationship of attorney/client shall not be, and is not, established solely as a result of the transmission of this e-mail. Absent a written engagement letter signed by Ayres, Jenkins, Gordy and Almand, P.A., no attorney/client relationship shall be deemed to, nor shall, exist and any belief that information or documents provided by this e-mail are privileged is mistaken, unwarranted and incorrect.