IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KURT EICHENWALD,

   Plaintiff

v.                                           CIVIL NO. JKB-17-1124

JOHN RIVELLO,

   Defendant

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the foregoing memorandum, IT IS ORDERED:

1. Defendant's Motion to Dismiss (ECF No. 26), pursuant to Federal Rule of Civil Procedure 12(b)(6), is GRANTED in part and DENIED in part. It is granted to the extent that Count IV is DISMISSED WITHOUT PREJUDICE. It is otherwise DENIED.

2. Defendant SHALL ANSWER Count I of Plaintiff's complaint in the time allotted under Federal Rule of Civil Procedure 12(a)(4).

DATED this 31st day of May, 2018.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge