
Exhibit B

WeSearchr
Beta

POST A BOUNTY
(HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://WWW.WESEARCHR.COM/BOUNTIES/CREATE)

DISCOVER
(HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://WWW.WESEARCHR.COM/DISCOVER)

ABOUT
(HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://WWW.WESEARCHR.COM/ABOUT)

FAQ
(HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://WWW.WESEARCHR.COM/FAQ)

DONATE
(HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://WWW.WESEARCHR.COM/CONTRIBUTE)

(HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://WWW.WESEARCHR.COM/)

(HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://WWW.WESEARCHR.COM/SEARCH)

POST A BOUNTY
(HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://WWW.WESEARCHR.COM/BOUNTIES/CREATE)

DISCOVER
(HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://WWW.WESEARCHR.COM/DISCOVER)

DONATE
(HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://...)

# WANTED

## U.S. Marine John Rivello Legal Defense Fund

 (https://web.archive.org/web/20171104022057/https://87c766b4e1413f52da7c-

9acf59ca98a7221d110760a9902153be.ssl.cf5.rackcdn.com/images/939/1200/1524b40187f06c2c448a7b6aaae8cb15.JPG)



(https://web.archive.org/web/20171104022057/https://87c766b4e1413f52da7c-
9acf59ca98a7221d110760a9902153be.ssl.cf5.rackcdn.com/images/939/1200/57faeaf9baa4fcf1c004eba7c2823b2d.png)

# $19,078

raised so far from **447** contributors

<div style="border:1px solid;padding:1em;text-align:center;">INCREASE BOUNTY</div>  ⓘ

## 86 : 04 : 55 : 16
**Days  Hrs  Min  Sec**

Time Remaining To Claim This Bounty

Initiated By



[Becky Barnes (https://web.archive.org/web/20171104022057/https://www.wesearchr.com/users/BeckyBarnes)](https://web.archive.org/web/20171104022057/https://www.wesearchr.com/users/BeckyBarnes)

Kurt Eichenwald's Twitter arch nemesis was arrested by the FBI.

UPDATED  3/21/17

John is out on bail. He isn't allowed near internet, firearms or alcohol so he will not be doing any interviews. I am in current contact with his lawyer and family members. :)

UPDATED  3/21/17

John Rivello's bail is set at $100,000.

UPDATED  3/17/17

The Minimum has been reached and this is now a Wanted Bounty! Keep funding it! The more money it raises, the bigger the incentive for an Answer becomes.

INCREASE BOUNTY

SUBMIT RESEARCH

ABOUT                                         CONTRIBUTORS

## Goal of Bounty

On Friday, March 17, 2017, "journalist" Kurt Eichenwald had the FBI arrest Twitter user "Ari Goldstein" (or "Jew Goldstein", real name John Rivello, a U.S. Marine with PTSD) for replying to a tweet with a flashing gif. (https://web.archive.org/web/20171104022057/http://www.dallasnews.com/news/crime/2017/03/17/fbi-arrests-man-accused-trolling-dallas-journalist-kurt-eichenwald-tweet-triggered-seizure) Eichenwald allegedly had a seizure from the gif despite not taking medication, drinking alcohol and also being sleep deprived at the time. These factors can cause seizures on their own.

Eichenwald obtained John's real name through a charity he had donated to in his name.

John had donated to an epilepsy charity as a gesture of goodwill and as an apology to Kurt. He also wrote Kurt an email, apologizing and told him that he was donating to the charity in his name.

For months now, John Rivello has been swamped with legal fees so his friends are starting this bounty in the hopes to ease the financial burden.

**Why**

If this goes to trial, it will redefine "trolling" and what it means to troll online. John can't go to prison for tweeting a gif at Eichenwald.

**Requirements**

Anything you can do to help. We can't do this alone. We really need your help. We know John Rivello and are friends of his, and we need money to help him pay for his legal defense. He is currently in FBI custody. Donate now.

---

UPDATES

3/21/17

-

John is out on bail. He isn't allowed near internet, firearms or alcohol so he will not be doing any interviews. I am in current contact with his lawyer and family members. :)

3/21/17

-

John Rivello's bail is set at $100,000.

3/17/17

-

The Minimum has been reached and this is now a Wanted Bounty! Keep funding it! The more money it raises, the bigger the incentive for an Answer becomes.

---

**Contributors**

This bounty has no contributions yet.

#JEW-GOLDSTEIN (HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://WWW.WESEARCHR.COM/TAGS/JEW-GOLDSTEIN)

#KURT-EICHENWALD (HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://WWW.WESEARCHR.COM/TAGS/KURT-EICHENWALD)

#ARI-GOLDSTEIN (HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://WWW.WESEARCHR.COM/TAGS/ARI-GOLDSTEIN)

LIKE

*THE POSTING, PUBLICATION OR OTHER DISSEMINATION OF ANY PARTICULAR BOUNTY IS NOT TO BE CONSTRUED AS A STATEMENT OF FACT, EITHER EXPRESS OR IMPLIED. IT IS TO BE UNDERSTOOD SOLELY AS A NEWSGATHERING QUESTION THAT MAY OR MAY NOT BE ANSWERABLE AND WESEARCHR MAKES NO FACTUAL ASSERTION WITH REGARD TO THE CONTENT OF THE BOUNTY.*

ABOUT (HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://WWW.WESEARCHR.COM/ABOUT)
FAQ (HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://WWW.WESEARCHR.COM/FAQ)
DONATE (HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://WWW.WESEARCHR.COM/CONTRIBUTE)
PRIVACY (HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://WWW.WESEARCHR.COM/PRIVACY)
CONTACT US (HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://WWW.WESEARCHR.COM/CONTACT)

TERMS & CONDITIONS (HTTPS://WEB.ARCHIVE.ORG/WEB/20171104022057/HTTPS://WWW.WESEARCHR.COM/TERMS)

We have not been served any secret court orders and are not under any gag orders.

© 2017 WeSearchr