
Exhibit D

# Salting the Earth Episode 23 – The (((People))) vs. @Jew_Goldstein

Caerulus & Vendetta

**Daily Stormer**

March 20, 2017

Caerulus and Vendetta are joined by based counter-semitic lawyer Zorost to discuss the particulars of the Kurt Eichenwald case (aka The Flash, aka AIDS Constanza). In the second and third hour we are joined again by our friend Erica for talk on George Lincoln Rockwell, Paul Nehlen's new movie Hijrah, and more ovening of Eichenwald.

)))JEW GOLDSTEIN LEGAL DEFENSE FUND(((

www.wesearchr.com/bounties/jew-gol…he-legal-funding

Caerulus Rex

Twitter: twitter.com/rex_caerulus

Vendetta Vidame

Twitter: twitter.com/VendettaVimiera

Zorost

Twitter: twitter.com/Zorost1588

(((Newsweek))) on the Eichenwald Case

archive.is/DqLtz

This Time The World – George Lincoln Rockwell

www.amazon.com/This-World-George…ell/dp/1593640145

TV's Impression of (((Milo)))

mic.com/articles/171511/the-g…-a-milo-type-drops-by

First ever "When I was IRL"