IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| KURT EICHENWALD | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-cv-01124-JKB |
| | ) | |
| JOHN RIVELLO | ) | |
| Defendant | ) | |

## AFFIDAVIT OF DAVID RIVELLO

The undersigned Affiant, David Rivello, sweats and affirms as follows:

1.      I am a legal adult and am competent to testify as to the matters stated herein. My son is the Defendant in this case, John Rivello.

2.      I am familiar generally with the "Rivello Legal Defense Fund" that has been referenced in subpoenas issued in this case by Plaintiff's counsel. I became aware of the purported "Rivello Legal Defense Fund," after Defendant's arrest, through on-line references to it and social media messages from the individual identified on-line as "Becky Barnes."

3.      The limited information that I know about the purported "Rivello Legal Defense Fund" has been obtained through the individual identified on-line as "Becky Barnes" and through contact I have had with the "Wesearchr.com" platform (on which the purported fund was apparently established).

4.      I have never met or had conversations with the individual identified on-line as "Becky Barnes," except some brief social media contact in regard to her apparent establishment of the "Rivello Legal Defense Fund."

1



5.     The "Rivello Legal Defense Fund" was set up on-line without the involvement of any member of the Rivello family, including me, and without involvement of any legal counsel representing John Rivello. As stated, it was apparently established on or through an internet platform known as "Wesearchr.com," by the person identified on-line as "Becky Barnes."

6.     Through inquiries to Wesearchr.com (which I understand may no longer be operating as an on-line platform), I determined that there purportedly are monies being held in the "Rivello Legal Defense Fund," for the benefit of Defendant and his legal defense. Although I had some discussion with Wesearchr.com personnel, on Defendant's behalf, as to how the funds could be obtained/disbursed, no funds from the purported legal defense fund have been disbursed to or for the benefit of Defendant, and I have no knowledge as to the current status of the purported fund.

7.     Contrary to what is stated by Plaintiff in papers he has filed with the Court, my son was not living with me at the time of his arrest or at the time of the conduct alleged by Plaintiff in his Complaint. He was living at a house which I own with my wife (in Salisbury, Maryland), but not with me. At no relevant times was there any phone service ("land-line") at that house. My son lived with us, in our home, for a period of time after his arrest and as a condition of his release; he was not permitted to use a phone (again, as a condition of his release) for some period of time after his release.

I SWEAR AND AFFIRM UNDER PENALTIES OF PERJURY THAT THE CONTENTS OF

THE FOREGOING AFFIDAVIT ARE TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION, AND BELIEF.

Date: 06-15-2018

David M. Rivello
_____
David Rivello