IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KURT EICHENWALD ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NO. 1:17-cv-01124-JKB |
| ) | |
| JOHN RIVELLO ) | |
| ) | |
| Defendant ) | |

*[Handwritten: Proposed Order Granted /s/ JB 10/22/18]*

### STIPULATION AND PROPOSED ORDER

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that the time for Defendant John Rivello to respond to Plaintiff Kurt Eichenwald's Motion for a Partial Lifting of the Stay of the Proceeding Pending Resolution of a Related Criminal Case will be extended up to and including November 1, 2018.

Respectfully submitted, this 22nd day of October, 2018.

| | |
|---|---|
| /s/ Steven Lieberman | /s/ Bruce F. Bright |
| Steven Lieberman (#16273) | Bruce F. Bright (#27236) |
| (signed by Bruce F. Bright with permission) | Mark Spencer Cropper (#10139) |
| Jennifer B. Maisel | AYRES, JENKINS, GORDY & ALMAND, P.A. |
| ROTHWELL, FIGG, ERNST & MANBECK, P.C. | 6200 Coastal Hwy., Suite 200 |
| 607 14th Street, N.W., Suite 800 | Ocean City, MD 21842 |
| Washington, DC 20005 | Tel: (410) 723-1400 |
| Tel: (202) 783-6040 | Fax: (410) 723-1861 |
| Fax: (202) 783-6031 | E-mail: bbright@ajgalaw.com |
| E-mail: slieberman@rfem.com | E-mail: mcropper@ajgalaw.com |
| E-mail: jmaisel@rfem.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

1

SO ORDERED this _____ day of _____, 2018.

_____
United States District Court Judge