IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| KURT EICHENWALD | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. JKB-17-01124 |
| | ) | |
| JOHN RIVELLO | ) | |
| | ) | |
| Defendant | ) | |

___

**DEFENDANT JOHN RIVELLO'S RESPONSE AND OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL LIFT OF STAY**

NOW COMES Defendant, JOHN RIVELLO ("Defendant" or "Rivello"), by and through his attorneys Bruce F. Bright and Ayres, Jenkins, Gordy & Almand, P.A., and for the reasons stated in the supporting Memorandum filed herewith, hereby responds to and opposes the Motion for a Partial Lifting of the Stay of the Proceeding Pending Resolution of a Related Criminal Case of Plaintiff KURT EICHENWALD ("Plaintiff" or "Eichenwald).

WHEREFORE, Defendant John Rivello respectfully asks this Honorable Court to deny Plaintiff's Motion for a Partial Lifting of the Stay of the Proceeding Pending Resolution of a Related Criminal Case.

Respectfully submitted,

By: **/s/ Bruce F. Bright**
Bruce F. Bright (Bar No. 27236)
Ayres, Jenkins, Gordy & Almand, P.A.
6200 Coastal Highway, Suite 200
Ocean City, Maryland 21842
Tel: 410-723-1400
Fax: 410-723-1861
E-mail: bbright@ajgalaw.com
*Attorneys for Defendant John Rivello*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 1st day of November, 2018, a copy of the foregoing Defendant John Rivello's Response and Opposition to Plaintiff's Motion for Partial Lift of Stay was filed electronically through the Court's Electronic Case Management and Filing System. All parties to this case are able to access the filing through this system.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Bruce F. Bright
　　　　　　　　　　　　　　　　　　　　　　　Bruce F. Bright