IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| KURT EICHENWALD | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-cv-01124-JKB |
| | ) | |
| JOHN RIVELLO | ) | |
| | ) | |
| Defendant | ) | |

**STIPULATION EXTENDING TIME FOR DEFENDANT AND DAVID M. RIVELLO TO SERVE OBJECTIONS TO RECORDS SUBPOENA, COMPLY WITH RECORDS SUBPOENA, AND/OR MOVE TO QUASH AND/OR FOR PROTECTIVE ORDER AS TO RECORDS SUBPOENA AND DEPOSITION SUBPOENA**

NOW COME Plaintiff KURT EICHENWALD ("Plaintiff"), by and through his undersigned attorneys, Defendant JOHN RIVELLO ("Defendant"), by and through his attorneys Bruce F. Bright and Ayres, Jenkins, Gordy & Almand, P.A., and DAVID M. RIVELLO ("Deponent"), by and through his attorneys Bruce F. Bright and Ayres, Jenkins, Gordy & Almand, P.A., who hereby stipulate and agree as follows:

1. On November 1, 2018, Plaintiff served two subpoenas on the Deponent, who is Defendant's father – one directing him to appear and give testimony on January 7, 2019 ("Deposition Subpoena"), and the other directing him to produce specified records on November 30, 2018 ("Records Subpoena") (the Records Subpoena and the Deposition Subpoena may be referred to collectively herein as "the Subpoenas").

2. Plaintiff, Defendant, and Deponent hereby agree and stipulate that the time for serving objections to the Records Subpoena and for filing motion(s) for protective order and/or

1

to quash as to both Subpoenas (under Rule 26 and/or Rule 45) <u>shall be extended to November 26, 2018</u>.

3. Plaintiff, Defendant, and Deponent agree and stipulate further that the return date for the Records Subpoena shall be extended to <u>December 10, 2018</u>.

4. This is an agreement/stipulation only as to the time for serving objections and/or filing motion(s) to quash or for protective order, and Plaintiff, Defendant, and Deponent otherwise reserve all rights, claims, and arguments as to the subject Subpoenas and responding to same.

5. The extension of time is for the purpose of counsel meeting and conferring in regard to the Subpoenas, in the hope that an agreement can be reached to avoid motions related to the Subpoenas.

| | |
|---|---|
| **/s/ Steven Lieberman** | **/s/ Bruce F. Bright** |
| Steven Lieberman (#16273) | Bruce F. Bright (#27236) |
| (signed with permission by Bruce F. Bright) | AYRES, JENKINS, GORDY & ALMAND, P.A. |
| Jennifer B. Maisel | |
| ROTHWELL, FIGG, ERNST & MANBECK, P.C. | 6200 Coastal Hwy. |
| | Suite 200 |
| 607 14th Street, N.W., Suite 800 | Ocean City, MD 21842 |
| Washington, DC 20005 | Tel: (410) 723-1400 |
| Tel: (202) 783-6040 | Fax: (410) 723-1861 |
| Fax: (202) 783-6031 | E-mail: bbright@ajgalaw.com |
| E-mail: slieberman@rfem.com | *Attorneys for Defendant and Deponent* |
| E-mail: jmaisel@rfem.com | |
| *Attorneys for Plaintiff* | |

SO ORDERED this ____ day of _____, 2018.

_____
United States District Court Judge