# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KURT EICHENWALD** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *     **CIVIL NO. JKB-17-1124** |
| | * |
| **JOHN RIVELLO** | * |
| | * |
| **Defendant.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

On October 11, 2018, Plaintiff filed a Motion for a Partial Lifting of the Stay of the Proceeding to allow it to seek from Defendant certain documents and communications. (ECF No. 42.) Specifically, Plaintiff seeks the following items from Defendant:

> 1. All Documents constituting or reflecting Communications, including Social Media Messages, that have been provided to You or Your counsel by state or federal prosecutors or law enforcement authorities in the Rivello Criminal Proceedings.
>
> 2. All Documents constituting or reflecting Communications, including Social Media Messages, that You or Your counsel have provided to state or federal prosecutors or law enforcement authorities in the Rivello Criminal Proceedings.

The Defendant opposed this Motion, arguing that Plaintiff should be required to seek such items directly from the Texas prosecutors according to the rules of that jurisdiction. (ECF No. 45.) For the reasons discussed in today's telephonic status conference with the Court, it is hereby ORDERED:

1. To the extent that the Defendant produced to or received from the prosecutors in Texas any documents and communications pursuant to the criminal discovery process, the

Defendant either had no Fifth Amendment right against self-incrimination in those items or, if he did, he waived that right.

2. The Defendant SHALL PRODUCE any documents or communications that he produced to or received from the prosecutors in Texas pursuant to the criminal discovery process, so long as the items are relevant and germane to this case, subject to a 15-day stay during which the Court will entertain any motions to quash from interested third parties. Plaintiff is ORDERED to notify the relevant prosecutors that, while this Court has ordered the Defendant to make that production, the local prosecutors have 15 days to file a motion to quash. Defendant SHALL NOT produce the documents and communications until the passage of those 15 days or, if a motion to quash is filed, until that motion is ruled upon.

3. The Plaintiff's Motion for a Partial Lifting of the Stay (ECF No. 42) is GRANTED subject to consideration of any interested third party's motion to quash.

DATED this 10th day of December, 2018.

BY THE COURT:

/s/
James K. Bredar
Chief Judge