IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KURT EICHENWALD ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NO. 1:17-cv-01124-JKB |
| ) | |
| JOHN RIVELLO ) | |
| ) | |
| Defendant ) | |

## STIPULATION FURTHER EXTENDING TIME FOR DEFENDANT AND DAVID M. RIVELLO TO COMPLY WITH RECORDS SUBPOENA, AND/OR MOVE TO QUASH AND/OR FOR PROTECTIVE ORDER AS TO RECORDS SUBPOENA AND DEPOSITION SUBPOENA

NOW COME Plaintiff KURT EICHENWALD ("Plaintiff"), by and through his undersigned attorneys, Defendant JOHN RIVELLO ("Defendant"), by and through his attorneys Bruce F. Bright and Ayres, Jenkins, Gordy & Almand, P.A., and DAVID M. RIVELLO ("Deponent"), by and through his attorneys Bruce F. Bright and Ayres, Jenkins, Gordy & Almand, P.A., who hereby stipulate and agree as follows:

1. On November 1, 2018, Plaintiff served two subpoenas on the Deponent, who is Defendant's father – one directing him to appear and give testimony on January 7, 2019 ("Deposition Subpoena"), and the other directing him to produce specified records on November 30, 2018 ("Records Subpoena") (the Records Subpoena and the Deposition Subpoena may be referred to collectively herein as "the Subpoenas").

2. By stipulations previously filed and approved by the Court, the time for serving objections to the Records Subpoena and for filing motion(s) for protective order and/or to quash as to both Subpoenas (under Rule 26 and/or Rule 45) was extended to November 27, 2018; and

the return date for the Records Subpoena was extended to December 13, 2018. Deponent, through counsel Mr. Bright, has served objections consistent with that agreed schedule, and has produced some records responsive to the Records Subpoena.

3. Deponent now plans to secure separate counsel (counsel other than Mr. Bright); to accommodate this, Plaintiff's counsel has agreed to another modification of the schedule as previously established by earlier (approved) stipulations.

4. The Parties stipulate and agree as follows:

a) Deponent's counsel shall provide a privilege log by December 24, 2018, as to documents being withheld on privilege and/or attorney work product grounds;

b) The deadline for Deponent and/or Defendant to file motion(s) for protective order and/or to quash as to both Subpoenas (under Rule 26 and/or Rule 45), and the return date for the Records Subpoena, shall be extended to December 31, 2018.

5. The parties have agreed to January 16, 2019, as the new date for Deponent's deposition (January 7, 2019 is the date set forth in the Deposition Subpoena).

6. This is an agreement/stipulation only as to the time for serving a privilege log and filing motion(s) to quash or for protective order, and Plaintiff, Defendant, and Deponent otherwise reserve all rights, claims, and arguments as to the subject Subpoenas and responding to same.

7. The extension of time continues to be for the purpose of counsel meeting and conferring in regard to the Subpoenas, in the hope that an agreement can be reached to avoid motions related to the Subpoenas.

/s/ Steven Lieberman
Steven Lieberman (#16273)
(signed with permission by Bruce F. Bright)
Jennifer B. Maisel
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, N.W., Suite 800
Washington, DC 20005
Tel: (202) 783-6040
Fax: (202) 783-6031
E-mail: slieberman@rfem.com
E-mail: jmaisel@rfem.com
*Attorneys for Plaintiff*

/s/ Bruce F. Bright
Bruce F. Bright (#27236)
AYRES, JENKINS, GORDY & ALMAND, P.A.
6200 Coastal Hwy.
Suite 200
Ocean City, MD 21842
Tel: (410) 723-1400
Fax: (410) 723-1861
E-mail: bbright@ajgalaw.com
*Attorneys for Defendant and Deponent*

SO ORDERED this 17 day of Dec., 2018.

_____
United States District Court Judge