IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| KURTH EICHENWALD | * | |
| Plaintiff | * | C.A. No. 1:17-cv-01124 |
| v. | * | |
| JOHN RIVELLO | * | |
| Defendant | * | |
| | * | |

## MOTION OF NON-PARTY WITNESS, DAVID M. RIVELLO, TO QUASH SUBPOENAS AND FOR OTHER RELIEF

David M. Rivello, by and through his undersigned counsel, moves to quash the subpoenas served upon him to compel him to produce documents and to appear and give testimony under oath pursuant to FRCP 45.

Mr. Rivello moves to quash the subpoenas or to substantially modify same as the documents and likely testimony sought are: (a) protected from discovery by the attorney-client privilege and/or work product doctrine; (b) immune from discovery under other privileges held by third parties; and (c) the subpoenas as issued are overly broad and pose an undue burdon on Mr. Rivello.

Prior hereto, David M. Rivello filed objections to the Plaintiff's subpoena to produce documents and other information, which is a matter of record herein.

In support of his motion, Mr. Rivello relies upon the attached Memorandum of Law which is incorporated herein by reference.


Date: December 31, 2018

James L. Otway, Esquire
(Federal Bar #22717)
jotway@otwayrusso.com

OTWAY RUSSO, P.C.
108 West Main Street
Salisbury, Maryland 21801
Telephone 410-749-3900
Facsimile 410-749-8577
*Attorneys for Non-Party, David Rivello*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of December, 2018, a copy of the foregoing MOTION OF NON-PARTY WITNESS, DAVID M. RIVELLO, TO QUASH SUBPOENAS AND FOR OTHER RELIEF was eFiled and eServed upon the following: Steven Lieberman, Esquire, Jennifer B. Maisel, Esquire, Rothwell, Figg, Ernst & Manbeck, P.C., 607 14th Street, N.W., Suite 800, Washington, D.C. 20005(slieberman@rfem.com jmaisel@rfem.com) **and** Bruce F. Bright, Esquire, 6200 Coastal Highway, Suite 200, Ocean City, Maryland 21842 (bbright@ajglaw.com).

James L. Otway