IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| KURT EICHENWALD | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-cv-01124-JKB |
| | ) | |
| JOHN RIVELLO | ) | |
| | ) | |
| Defendant | ) | |

_____

### MOTION FOR PROTECTIVE ORDER AND/OR TO QUASH
### OF DEFENDANT JOHN RIVELLO AS TO
### SUBPOENAS ISSUED BY PLAINTIFF
### AND SERVED ON DAVID M. RIVELLO
### AND FOR OTHER RELIEF

NOW COMES Defendant, JOHN RIVELLO ("Defendant"), by and through his attorneys Bruce F. Bright and Ayres, Jenkins, Gordy & Almand, P.A., pursuant to Rules 26(b)(1), 26(c), and 45, and hereby moves for a protective order and/or to quash, as to subpoenas issued by Plaintiffs in this case and served on DAVID M. RIVELLO ("Deponent"), and states as follows:

1.     Plaintiff has served on the Deponent two subpoenas, one directing Deponent to appear for deposition and the other directing Deponent to produce specified records (collectively, "the Subpoenas").

2.     This day, the Deponent has filed his "Motion of Non-Party Witness, David M. Rivello, to Quash Subpoenas and for Other Relief" (ECF Doc. No. 56), with supporting Memorandum (ECF Doc. No. 56-1) and Exhibits A-F.

3.     Defendant hereby incorporates by reference and advances the same arguments, matters, and facts as set forth in Deponent's aforementioned Motion and supporting Memorandum and Exhibits.

4.      Additionally, Defendant invokes and asserts his Fifth Amendment right against self-incrimination as a further basis for this Motion, to the extent that the Subpoenas (as issued and served) seek from the Deponent communications or statements of Defendant that are not only protected under the attorney-client privilege and/or work product doctrine, but also constitute statements and communications by John Rivello to his legal counsel and/or to David Rivello – who is and has been represented by the same attorneys as have represented John Rivello (Messrs. Bright, Cropper, and Peckham), is and has been part of John Rivello's criminal defense team (in his investigator capacity), and shares and has shared with John Rivello a common interest/joint privilege – regarding this case and the Texas criminal cases, and the facts and matters at issue and alleged therein.

WHEREFORE, Defendant JOHN RIVELLO respectfully asks that this Honorable Court quash the subject subpoenas served on David M. Rivello and/or issue an appropriate protective order in regard to such subpoenas.

Respectfully submitted,


By:      _____/s/ **Bruce F. Bright**_____
Bruce F. Bright (Bar No. 27236)
Ayres, Jenkins, Gordy & Almand, P.A.
6200 Coastal Highway, Suite 200
Ocean City, Maryland 21842
Tel: 410-723-1400
Fax: 410-723-1861
E-mail: bbright@ajgalaw.com
*Attorneys for Defendant John Rivello*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on this 31st day of December, 2018, a copy of the foregoing

Motion for Protective Order and/or to Quash of Defendant John Rivello as to Subpoenas Issued

by Plaintiff and Served on David M. Rivello was filed electronically through the Court's

Electronic Case Management and Filing System. All parties to this case are able to access the

filing through this system.


**_/s/ Bruce F. Bright_**
Bruce F. Bright