IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KURT EICHENWALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-cv-01124-JKB |
| v. | ) |
| | ) |
| JOHN RIVELLO | ) |
| | ) |
| Defendant. | ) |
| | ) |

## UNOPPOSED WITHDRAWAL OF MOTIONS TO QUASH WITHOUT PREJUDICE

Whereas, on December 31, 2018, David M. Rivello ("Deponent") filed his Motion of Non-Party Witness, David M. Rivello, to Quash Subpoenas and for Other Relief (ECF Doc. No. 56) and John Rivello ("Defendant") filed his Motion for Protective Order and/or to Quash of Defendant John Rivello as to Subpoenas Issued by Plaintiff and Served on David M. Rivello and for Other Relief (ECF Doc. No. 57) (collectively the "Motions to Quash").

Whereas, counsel for Deponent, Defendant, and Kurt Eichenwald ("Plaintiff") are presently engaged in discussions in order to narrow and/or resolve any disputes in connection with the Motions to Quash and subpoenas that are at issue therein.

Whereas Deponent has agreed to serve on Plaintiff a revised privilege log by January 11, 2019.

Whereas, subject to conditions as set forth below, Deponent and Defendant have agreed to withdraw their Motions to Quash without prejudice to refile later should any dispute remain unresolved after the Parties' discussions.

1

Whereas counsel for Deponent and Defendant have conferred with counsel for Plaintiff, and Plaintiff does not oppose this Withdrawal of Motions to Quash Without Prejudice, and consents to the condition(s) of the withdrawal as set forth below.

Deponent and Defendant thereby respectfully request, with Plaintiff's consent, that the Court order as follows:

1. That the Motions to Quash (ECF Doc. Nos. 56, 57) are withdrawn without prejudice to Deponent and/or Defendant to refile at a later date, and if Deponent and Defendant re-file motions to quash and/or for protective order at a later date, in regard to issues pertaining to the subject subpoenas, raised in the Motions to Quash, and not resolved consensually by the parties, such motions will be regarded as timely-filed by Defendant and Deponent so long as they are filed in a reasonably prompt manner after discussions between the parties cease to be fruitful.

**Date: January 11, 2019**

| /s/ James L. Otway | /s/ Bruce F. Bright |
|---|---|
| James L. Otway (#22717) | Bruce F. Bright (#27236) |
| OTWAY RUSSO, P.C. | AYRES, JENKINS, GORDY & ALMAND, P.A. |
| (Signed with permission by Bruce F. Bright) | 6200 Coastal Hwy. |
| 108 West Main Street | Suite 200 |
| Salisbury, Maryland 21801 | Ocean City, MD 21842 |
| Tel: (410) 747-3900 | Tel: (410) 723-1400 |
| Fax: (410) 749-8577 | Fax: (410) 723-1861 |
| Email: jotway@otwayrusso.com | Email: bbright@ajgalaw.com |
| *Attorneys for Deponent David Rivello* | *Attorneys for Defendant John Rivello* |

SO ORDERED this _11_ day of _Jan._, 2019.

_____
United States District Court Judge

2