IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| KURT EICHENWALD | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-cv-01124-JKB |
| | ) | |
| JOHN RIVELLO | ) | |
| | ) | |
| Defendant | ) | |

**JOINT STATUS REPORT**

NOW COME, Plaintiff, KURT EICHENWALD, and Defendant, JOHN RIVELLO, collectively referred to herein as "Parties," and hereby submit their Joint Status Report, and state as follows:

1. Defendant's undersigned counsel has been informed by Defendant's Texas criminal defense attorney that trial in the criminal case in Dallas County, Texas, has been re-scheduled by the Court, on its own motion and due to its own scheduling conflict, to December 2, 2019.

| | |
|---|---|
| **/s/ Steven Lieberman** | **/s/ Bruce F. Bright** |
| Steven Lieberman (#16273) | Bruce F. Bright (#27236) |
| (signed with permission by Bruce F. Bright) | AYRES, JENKINS, GORDY & ALMAND, P.A. |
| Jennifer B. Maisel | |
| ROTHWELL, FIGG, ERNST & MANBECK, P.C. | 6200 Coastal Hwy. |
| | Suite 200 |
| 607 14th Street, N.W., Suite 800 | Ocean City, MD 21842 |
| Washington, DC 20005 | Tel: (410) 723-1400 |
| Tel: (202) 783-6040 | Fax: (410) 723-1861 |
| Fax: (202) 783-6031 | E-mail: bbright@ajgalaw.com |
| E-mail: slieberman@rfem.com | *Attorneys for Defendant* |
| E-mail: jmaisel@rfem.com | |
| *Attorneys for Plaintiff* | |