IN IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KURT EICHENWALD | * |
| Plaintiff, | * |
| v. | CIVIL NO. JKB-17-1124 |
| JOHN RIVELLO | * |
| Defendant | * |

* * * * * * * * * * * *

## ORDER

The Court's Order granting Defendant's Motion to Stay (ECF No. 20) is hereby VACATED. Litigation in this Court will proceed accordingly.

DATED this 8th day of January, 2020.

BY THE COURT:

James K. Bredar
Chief Judge