# EXHIBIT T

```
******************
{
  "id" : 809625125087805443
  "text" : " https://t.co/D5dOa3rbOV"
  "sender_id" : 808031649325871105,
  "recipient_id" : 0
  "created_at" : "Fri Dec 16 05:04:06 +0000 2016"
  "welcome_message" : false
}
******************
[...]
******************
{
  "id" : 809624195198046211
  "text" : "I know he has epilepsy"
  "sender_id" : 808031649325871105,
  "recipient_id" : 0
  "created_at" : "Fri Dec 16 05:00:24 +0000 2016"
  "welcome_message" : false
}

[...]

******************
{
  "id" : 809620708477272069,
  "text" : "https://t.co/FByxSBoAc3",
  "sender_id" : 808031649325871105,
  "recipient_id" : 0,
  "created_at" : "Fri Dec 16 04:46:33 +0000 2016",
  "welcome_message" : false
}
******************
{
  "id" : 809620669868756997,
  "text" : "I'm dying https://t.co/yu7yzmkbYs",
  "sender_id" : 798288079282905088,
  "recipient_id" : 0,
  "created_at" : "Fri Dec 16 04:46:24 +0000 2016",
  "welcome_message" : false
}
******************
{
  "id" : 809620441505599491,
  "text" : "https://t.co/7T8WroY1v2",
  "sender_id" : 808031649325871105,
  "recipient_id" : 0,
  "created_at" : "Fri Dec 16 04:45:29 +0000 2016",
  "welcome_message" : false
}
```

```
******************
{
  "id" : 809620436275249155,
  "text" : "I just retweeted all of the gifs",
  "sender_id" : 713588235943825409,
  "recipient_id" : 0,
  "created_at" : "Fri Dec 16 04:45:28 +0000 2016",
  "welcome_message" : false
}
******************
{
  "id" : 809620368642162695,
  "text" : "JR https://t.co/z5T5G5nKTv",
  "sender_id" : 798288079282905088,
  "recipient_id" : 0,
  "created_at" : "Fri Dec 16 04:45:12 +0000 2016",
  "welcome_message" : false
}
******************
{
  "id" : 809620254234124291,
  "text" : "a complete shoah",
  "sender_id" : 799143406559698944,
  "recipient_id" : 0,
  "created_at" : "Fri Dec 16 04:44:45 +0000 2016",
  "welcome_message" : false
}
******************
{
  "id" : 809619890399301635,
  "text" : "https://t.co/ebLNqQz1gp",
  "sender_id" : 808031649325871105,
  "recipient_id" : 0,
  "created_at" : "Fri Dec 16 04:43:18 +0000 2016",
  "welcome_message" : false
}
******************
{
  "id" : 809619730336284675,
  "text" : "Omg I can't breathe",
  "sender_id" : 808031649325871105,
  "recipient_id" : 0,
  "created_at" : "Fri Dec 16 04:42:40 +0000 2016",
  "welcome_message" : false
}
******************
{
  "id" : 809619699726254083,
  "text" : "https://t.co/knKgIg7dS5",
  "sender_id" : 808031649325871105,
```

```
  "recipient_id" : 0,
  "created_at" : "Fri Dec 16 04:42:33 +0000 2016",
  "welcome_message" : false
}
*******************
{
  "id" : 809619359001767940,
  "text" : "Man if you really did cause a seizure I'm going to be unable to sleep tonight from laughing",
  "sender_id" : 713588235943825409,
  "recipient_id" : 0,
  "created_at" : "Fri Dec 16 04:41:11 +0000 2016",
  "welcome_message" : false
}
*******************
{
  "id" : 809619315876052995,
  "text" : "Read the responses.",
  "sender_id" : 808031649325871105,
  "recipient_id" : 0,
  "created_at" : "Fri Dec 16 04:41:01 +0000 2016",
  "welcome_message" : false
}
*******************
{
  "id" : 809619100737695747,
  "text" : "this guy is nuts",
  "sender_id" : 799143406559698944,
  "recipient_id" : 0,
  "created_at" : "Fri Dec 16 04:40:10 +0000 2016",
  "welcome_message" : false
}
*******************
{
  "id" : 809619069779529731,
  "text" : "holy shit",
  "sender_id" : 799143406559698944,
  "recipient_id" : 0,
  "created_at" : "Fri Dec 16 04:40:02 +0000 2016",
  "welcome_message" : false
}
*******************
{
  "id" : 809619039781670915,
  "text" : "Hahahahahah I hope that's true",
  "sender_id" : 713588235943825409,
  "recipient_id" : 0,
  "created_at" : "Fri Dec 16 04:39:55 +0000 2016",
  "welcome_message" : false
}
```

```
*******************
{
  "id" : 809618732117008388,
  "text" : "Omg lol",
  "sender_id" : 808031649325871105,
  "recipient_id" : 0,
  "created_at" : "Fri Dec 16 04:38:42 +0000 2016",
  "welcome_message" : false
}
*******************
{
  "id" : 809618701142069251,
  "text" : "https://t.co/xgJzcJwOTc",
  "sender_id" : 808031649325871105,
  "recipient_id" : 0,
  "created_at" : "Fri Dec 16 04:38:34 +0000 2016",
  "welcome_message" : false
}
*******************
```