# EXHIBIT U

> I just either killed a journalist or caused him to lose his mind

I'm texting a murderer

> Either way I've reached a new power level of trolling

Read 11:49 PM