IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **KURT EICHENWALD** | * | |
| Plaintiff | | |
| v. | * | CASE NO.  JKB-17-1124 |
| **JOHN RIVELLO,** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## AMENDED SCHEDULING ORDER

Defendant filed a Motion for Modification of the Court's Scheduling Order (ECF No. 70). Plaintiff opposes that motion to the extent Defendant seeks a four-month extension of deadlines, but consents to a 42-day extension of deadlines (ECF No. 72).  The Court hereby GRANTS Defendant's motion in part by extending the deadlines in this case by 42 days and DENIES Defendant's motion to the extent Defendant seeks a longer extension.  Accordingly, the Court AMENDS the existing scheduling order (ECF No. 65, *as amended by* ECF No. 69) as follows:

| | |
|---|---|
| July 17, 2020 | Plaintiff's Rule 26(a)(2) Disclosures. |
| August 17, 2020 | Defendant's Rule 26(a)(2) Disclosures. |
| August 31, 2020 | Plaintiff's Rebuttal Rule 26(a)(2) Disclosures. |
| September 7, 2020 | Rule 26(e)(2) Supplementation of Disclosures and Responses. |
| September 30, 2020 | Discovery Deadline; Submission of Status Report. |
| October 7, 2020 | Requests for Admission. |
| November 2, 2020 | Dispositive Pre-Trial Motions Deadline. |

All other dates and deadlines in the original scheduling order remain unchanged.

It is so ORDERED.

DATED this 27th day of May, 2020.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge
