IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KURT EICHENWALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-cv-01124-JKB |
| v. | ) |
| | ) |
| JOHN RIVELLO | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF JENNIFER B. MAISEL IN SUPPORT OF PLAINTIFF KURT EICHENWALD'S MOTION FOR ENTRY OF A CONFIDENTIALITY ORDER**

I, JENNIFER B. MAISEL, affirm and declare as follows:

1. I am an attorney at Rothwell, Figg, Ernst & Manbeck P.C., counsel to Plaintiff Kurt Eichenwald ("Plaintiff") in the above-captioned matter. I am a member in good standing of the bars of the District of Columbia and New York. I submit this declaration in support of Plaintiff Kurt Eichenwald's Motion for Entry of a Confidentiality Order.

2. Attached hereto as Exhibit 1 is a Proposed Confidentiality Order compliant with Local Rule 104.13.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email sent by counsel for Defendant on May 22, 2020.

4. Attached hereto as Exhibit 3 are true and correct copies of excerpts of discovery produced by Defendant.

5. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of discovery

from Twitter produced by Defendant.

6.     Attached hereto as Exhibit 5 is a true and correct copy of a website printout from Wikipedia, available at, https://en.wikipedia.org/wiki/The_Right_Stuff_(blog), accessed June 3, 2020.

7.     Attached hereto as Exhibit 6 is a true and correct copy of excerpts of discovery produced by Defendant.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of June, 2020.

                                              */s/   Jennifer Maisel*
                                              Jennifer B. Maisel, Esq.