# EXHIBIT 4

```
{
  "id" : 811053457561899011,
  "text" : "I'm sure there's people in trs that would help do that.  I'm sure there's some in the Dallas area.",
  "sender_id" : 713588235943825409,
  "recipient_id" : 0,
  "created_at" : "Tue Dec 20 03:39:47 +0000 2016",
  "welcome_message" : false
}
*******************
{
  "id" : 811052260629368837,
  "text" : "I'll fuckin hire a private detective to follow him and photograph him driving to prove he didn't have a seizure.",
  "sender_id" : 809812476003020800,
  "recipient_id" : 0,
  "created_at" : "Tue Dec 20 03:35:02 +0000 2016",
  "welcome_message" : false
}
*******************
{
  "id" : 811052115208638467,
  "text" : "Idk but I'm gonna fight this tooth and nail",
  "sender_id" : 809812476003020800,
  "recipient_id" : 0,
  "created_at" : "Tue Dec 20 03:34:27 +0000 2016",
  "welcome_message" : false
}
*******************
{
  "id" : 811051917208010756,
  "text" : "What do you guess Kikenwald will do if twitter tells him to fuck off?",
  "sender_id" : 754375350713520128,
  "recipient_id" : 0,
  "created_at" : "Tue Dec 20 03:33:40 +0000 2016",
  "welcome_message" : false
}
```