IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KURT EICHENWALD, | ) |
| Plaintiff, | ) ) ) C.A. No. 17-cv-01124-JKB |
| v. | ) ) |
| JOHN RIVELLO, | ) ) |
| Defendant. | ) ) |

## [PROPOSED] FINAL JUDGMENT FOR PLAINTIFF
## AS TO ALL CLAIMS (COUNTS I, II, AND III)

Upon consideration of Plaintiff Kurt Eichenwald's motion for an order directing entry of final judgment as to all claims (Counts I, II, and III) pursuant to Rule 54 of the Federal Rules of Civil Procedure, the Court ORDERS that final judgment be entered as follows:

1. Judgment is entered against the Defendant John Rivello and in favor of Plaintiff Kurt Eichenwald with respect to all claims of the First Amended Complaint (Counts I, II, III) (Dkt. 80).

2. Defendant John Rivello shall pay Plaintiff Kurt Eichenwald $100,000, inclusive of all of Plaintiff Kurt Eichenwald's claims for damages, costs, and attorneys' fees.

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated this 10 day of Sept, 2020

BY THE COURT:

James K. Bredar
CHIEF JUDGE

1