IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KURT EICHENWALD,           *

  **Plaintiff**

v.                             *          **CIVIL NO. JKB-17-1124**

JOHN RIVELLO,             *

  **Defendant**                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

It is hereby ORDERED that the Court's Memorandum and Order of July 5, 2018 (ECF No. 39) is WITHDRAWN and REPLACED with the instant Corrected Memorandum and Order denying Defendant's Motion for Protective Order and/or to Quash and Objection to Records Subpoenas Issued by Plaintiff (ECF No. 32).

DATED this \_\_\_9\_\_\_ day of June, 2021.

BY THE COURT:

_____
James K. Bredar
Chief Judge